In the Matter of JOHN ALSHEIMER, Individually and as General Guardian of JOHN A. ALSHEIMER, an Infant, Respondent. KEBAX HOLDING CORPORATION, Appellant.—

Under the facts

in this case the owner is entitled to avail itself of income and expenses based on an accrual basis, but this does not mean that upon such a basis it can include as an accrual expense for a single year the accumulated unpaid interest which it had paid on the mortgage, which interest payments covered a period of some seven years prior to the accounting period. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.